In the Matter of DERICK L., a Child Alleged to be Neglected. CATHERINE W., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [22 NYS3d 835]—

Order of fact-finding and disposition, Family Court, Bronx County (Karen I. Lupuloff, J.), entered on or about September 10, 2014, which, to the extent appealed from, as limited by the briefs, determined that respondent mother neglected the subject child, unanimously affirmed, without costs.

A preponderance of the evidence supports the court's finding of neglect based on the child's excessive absences from school. The record shows that the child was absent 63 of 73 days during the early portion of the 2012 school year (*see Matter of Jaquan F. [Alexis F.]*, 120 AD3d 1113, 1114 [1st Dept 2014]).

A preponderance of the evidence also supports the court's finding that the child's physical, mental or emotional condition was in imminent danger of becoming impaired as a result of respondent's long-standing history of mental illness and resistance to treatment (*see Matter of Christopher R. [Lecrieg B.B.]*, 78 AD3d 586, 586-587 [1st Dept 2010]), which attack respondent's ability to recognize that the child required services and schooling to address his serious behavioral issues. Concur—Mazzarelli, J.P., Friedman, Gische and Kapnick, JJ.